1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2772

8                IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

11  UNITED STATES OF AMERICA,      )
                                   )   2:06-cr-0323-MCE
12            Plaintiff,           )
                                   )   STIPULATION AND ORDER
13       v.                        )   CONTINUING STATUS CONFERENCE
                                   )   AND EXCLUDING TIME UNDER SPEEDY
14  JESUS DIAZ OLIVERA, et al.,    )   TRIAL ACT
                                   )
15            Defendants.          )   Court: Hon. Morrison C. England
                                   )   Date:  October 3, 2006
16  _____  )   Time:  8:30 a.m.

18       Whereas, there is a status conference presently set for the
19  above-referenced case on October 3, 2006, at 8:30 a.m.; and
20       Whereas, the primary language of each defendant is Spanish
21  and necessitates that communications between defense counsel and
22  clients take place through a Spanish/English interpreter, and
23  that discovery written in English be translated to each defendant
24  into Spanish by a competent interpreter,
25       Whereas, the parties jointly request that the October 3,
26  2006, status conference be continued until October 24, 2006, to
27  allow respective counsel for defendants additional time to:
28  review and discuss with his/her client the discovery produced by

1 the United States, conduct necessary legal research, interview
2 potential witnesses, and conduct necessary defense investigation,
3      It is hereby stipulated that:
4      1.   The presently set October 3, 2006, status conference be
5 continued until October 24, 2006, at 8:30 a.m.; and
6      2.   Time from the date of this stipulation, to and
7 including, October 24, 2006, shall be excluded from computation
8 of time within which the trial of this case must be commenced
9 under the Speedy Trial Act pursuant to 18 U.S.C. §
10 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense
11 counsel).

Dated:   September 28, 2006        McGREGOR W. SCOTT
                                   United States Attorney

                                   /s/   Samuel Wong
                              By:  _____
                                   SAMUEL WONG
                                   Assistant U.S. Attorney


                                   /s/ Mary French
Dated:   September 28, 2006        _____
                                   MARY FRENCH
                                   Assistant Federal Defender
                                   Attorney for defendant
                                   Jesus Diaz Olivera
                                   (per telephone authorization)


                                   /s/ Carl Larson
Dated:   September 28, 2006        _____
                                   CARL LARSON
                                   Attorney for defendant
                                   Jose Maria Gomez Ortega
                                   (per telephone authorization)


                                   /s/ Michael Bigelow
Dated:   September 28, 2006        _____
                                   MICHAEL BIGELOW
                                   Attorney for defendant
                                   Javier Villalobos Garcia
                                   (per telephone authorization)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

DATED: September 29, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE