1  McGREGOR W. SCOTT
   United States Attorney
2  SAMUEL WONG
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2772

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,     )
                                 )  CR. NO. 2:06-cr-0323-MCE
12         Plaintiff,            )
                                 )  STIPULATION AND ORDER
13     v.                        )  CONTINUING STATUS CONFERENCE
                                 )  AND EXCLUDING TIME UNDER SPEEDY
14 JESUS DIAZ OLIVERA, et al.,   )  TRIAL ACT
                                 )
15         Defendants.           )  Court: Hon. Morrison C. England
                                 )  Date:  October 24, 2006
16                               )  Time:  8:30 a.m.

17

18     Whereas, there is a status conference presently set for the
19 above-referenced case on October 24, 2006, at 8:30 a.m.; and
20     Whereas, the primary language of each defendant is Spanish
21 and necessitates that communications between defense counsel and
22 clients take place through a Spanish/English interpreter, and
23 that all discovery written in English be translated to each
24 defendant into Spanish by a competent interpreter,
25     Whereas, the parties jointly request that the October 24,
26 2006, status conference be continued until November 28, 2006, to
27 allow respective counsel for defendants additional time to:
28 review and discuss with his/her client the discovery produced by

the United States, conduct necessary legal research, interview potential witnesses, and conduct necessary defense investigation,

It is hereby stipulated that:

1. The presently set October 24, 2006, status conference be continued until November 28, 2006, at 8:30 a.m.; and

2. Time from the date of this stipulation, to and including, November 28, 2006, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by defense counsel).

Dated: October 20, 2006
McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant U.S. Attorney

Dated: October 20, 2006
/s/ Mary French
MARY FRENCH
Assistant Federal Defender
Attorney for defendant
Jesus Diaz Olivera
(per email authorization)

Dated: October 20, 2006
/s/ Carl Larson
CARL LARSON
Attorney for defendant
Jose Maria Gomez Ortega
(per AFD Mary French)

Dated: October 20, 2006
/s/ Michael Bigelow
MICHAEL BIGELOW
Attorney for defendant
Javier Villalobos Garcia
(per AFD Mary French)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: October 25, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE