```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JESUS DIAZ OLIVERA
 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. 2:06-cr-0323-MCE
                                 )
12              Plaintiff,       )  STIPULATION AND ORDER CONTINUING
                                 )  STATUS CONFERENCE
13       v.                      )
                                 )
14  JESUS DIAZ OLIVERA,          )  Date:  January 9, 2007
                                 )  Time:  8:30 a.m.
15              Defendant.       )  Judge: Morrison C. England, Jr.
    _____)
16
```

17       It is hereby stipulated between the parties, Mary M. French,

18  attorney for the defendant Jesus Diaz Olivera, Michael Bigelow,

19  attorney for defendant Javier Villalobos Garcia, Carl Edward Larson,

20  attorney for defendant Jose Maria Gomez Ortega, and Samuel Wong,

21  Assistant United States Attorney, attorney for the plaintiff, that the

22  Status Conference in this matter, currently scheduled for November 28,

23  2006, be continued until January 9, 2007 at 8:30 a.m.

24       The primary language of each defendant in this matter is Spanish

25  such that communications between all defense counsel and their

26  respective clients, including all discovery, must take place through an

27  interpreter.  Defense counsel have received discovery but need

28  additional time to review and discuss the discovery produced by

1  plaintiff with their respective clients, and also to conduct necessary
2  research, interview potential witnesses, and conduct on-going defense
3  investigation.
4     It is further stipulated that the period from November 28, 2006,
5  through and including January 9, 2007, should be excluded from
6  computation of time within which the trial of this case must be
7  commenced under the Speedy Trial Act pursuant to 18 U.S.C.
8  §3161(h)(8)(B)(iv) and Local Code T4 based upon continuity of counsel
9  and defense preparation.

                                        Respectfully submitted,

Dated: November 27, 2006

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS DIAZ OLIVERA


                                        /s/ Mary M. French for
                                        _____
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        JAVIER VILLALOBOS GARCIA


                                        /s/ Mary M. French for
                                        _____
                                        CARL EDWARD LARSEN
                                        Attorney for Defendant
                                        JOSE MARIA GOMEZ ORTEGA

//
//

Dated: November 27, 2006                    MCGREGOR W. SCOTT
                                            United States Attorney


                                            /s/ Mary M. French for
                                            _____
                                            SAMUEL WONG
                                            Assistant U.S. Attorney
                                            per telephonic authorization


**ORDER**

    Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

    Therefore, based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

DATED: November 28, 2006


                                            _____
                                            MORRISON C. ENGLAND, JR
                                            UNITED STATES DISTRICT JUDGE

3