```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JESUS DIAZ OLIVERA
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
    UNITED STATES OF AMERICA,    ) No. 2:06-cr-0323-MCE
12                               )
               Plaintiff,        ) STIPULATION AND ORDER CONTINUING
13                               ) STATUS CONFERENCE
          v.                     )
14                               )
    JESUS DIAZ OLIVERA, et al.,  ) Date:  April 24, 2007
15                               ) Time:  8:30 a.m.
               Defendants.       ) Judge: Morrison C. England, Jr.
16  _____ )
17
18       It is hereby stipulated between the parties, Mary M. French,
19  attorney for the defendant Jesus Diaz Olivera, Michael Bigelow,
20  attorney for defendant Javier Villalobos Garcia, Carl Edward Larson,
21  attorney for defendant Jose Maria Gomez Ortega, and Samuel Wong,
22  Assistant United States Attorney, attorney for the plaintiff, that the
23  Status Conference in this matter, currently scheduled for March 13,
24  2007, be continued until April 24, 2007 at 8:30 a.m.
25       The primary language of each defendant in this matter is Spanish
26  such that communications between all defense counsel and their
27  respective clients, including all discovery, must take place through an
28  interpreter.  Defense counsel have received discovery but need
    additional time to review and discuss the discovery produced by
```

1 plaintiff with their respective clients, and also to conduct necessary
2 research, interview potential witnesses, and conduct on-going defense
3 investigation.  Also, the parties are discussing a possible resolution
4 of the case and additional time is needed for each defense counsel to
5 properly advise his/her client on the ramifications of the proposed
6 pretrial resolution in this case.

7     It is further stipulated that the period from March 13, 2007,
8 through and including April 24, 2007, should be excluded from
9 computation of time within which the trial of this case must be
10 commenced under the Speedy Trial Act pursuant to 18 U.S.C.
11 §3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

                                        Respectfully submitted,

Dated: March 12, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS DIAZ OLIVERA


                                        /s/ Mary M. French for
                                        _____
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        JAVIER VILLALOBOS GARCIA


                                        /s/ Mary M. French for
                                        _____
                                        CARL EDWARD LARSEN
                                        Attorney for Defendant
                                        JOSE MARIA GOMEZ ORTEGA

//
//

Dated: March 12, 2007                    MCGREGOR W. SCOTT
                                         United States Attorney


                                         /s/ Mary M. French for
                                         _____
                                         SAMUEL WONG
                                         Assistant U.S. Attorney
                                         per telephonic authorization


**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Therefore, based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE