```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Supervising Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    JESUS DIAZ OLIVERA
 7
```

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | No. 2:06-cr-00323-MCE |
| 12 | Plaintiff, ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| 13 | v. ) | |
| 14 | JESUS DIAZ OLIVERA, et al., ) | Date: May 17, 2007 Time: 9:00 a.m. |
| 15 | Defendants. ) | Judge: Morrison C. England, Jr. |
| 16 | _____ ) | |

17      It is hereby stipulated between the parties, Mary M. French,

18 attorney for the defendant Jesus Diaz Olivera, Michael Bigelow,

19 attorney for defendant Javier Villalobos Garcia, Carl Edward Larson,

20 attorney for defendant Jose Maria Gomez Ortega, and Samuel Wong,

21 Assistant United States Attorney, attorney for the plaintiff, that the

22 Status Conference in this matter, currently scheduled for April 24,

23 2007, be continued until Thursday, May 17, 2007 at 9:00 a.m.

24      The primary language of each defendant in this matter is Spanish

25 such that communications between all defense counsel and their

26 respective clients, including all discovery, must take place through an

27 interpreter.  Defense counsel have received discovery but need

28 additional time to review and discuss the discovery produced by

1 plaintiff with their respective clients, and also to conduct necessary
2 research, interview potential witnesses, and conduct on-going defense
3 investigation.  The parties are also discussing a possible resolution
4 of the case and additional time is needed for each defense counsel to
5 properly advise his/her client on the ramifications of the proposed
6 pretrial resolution in this case.  Further, counsel for defendant
7 Ortega is in the process of having his client undergo a mental health
8 evaluation.
9     It is further stipulated that the period from April 24, 2007,
10 through and including May 17, 2007, should be excluded from computation
11 of time within which the trial of this case must be commenced under the
12 Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local
13 Code T4 based upon defense preparation.

                                        Respectfully submitted,
Dated: April 19, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS DIAZ OLIVERA


                                        /s/ Mary M. French for
                                        _____
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        JAVIER VILLALOBOS GARCIA


                                        /s/ Mary M. French for
                                        _____
                                        CARL EDWARD LARSEN
                                        Attorney for Defendant
                                        JOSE MARIA GOMEZ ORTEGA

| | |
|---|---|
| Dated: April 19, 2007 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>/s/ Mary M. French for<br>_____<br>SAMUEL WONG<br>Assistant U.S. Attorney<br>per telephonic authorization |

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Therefore, based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: May 2, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3