1 DANIEL J. BRODERICK, Bar #89424
  Federal Defender
2 MARY M. FRENCH, Bar #126643
  Supervising Assistant Federal Defender
3 Designated Counsel for Service
  801 I Street, 3rd Floor
4 Sacramento, California 95814
  Telephone: (916) 498-5700
5

6 Attorney for Defendant
  JESUS DIAZ OLIVERA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       ) No. 2:06-cr-00323-MCE
                                   )
12            Plaintiff,           ) STIPULATION AND ORDER CONTINUING
                                   ) STATUS CONFERENCE
13     v.                          )
                                   )
14 JESUS DIAZ OLIVERA, et al.,     ) Date:  August 30, 2007
                                   ) Time:  9:00 a.m.
15            Defendants.          ) Judge: Morrison C. England, Jr.
   _____ )
16

17     It is hereby stipulated between the parties, Mary M. French,

18 attorney for the defendant Jesus Diaz Olivera, Michael Bigelow,

19 attorney for defendant Javier Villalobos Garcia, Carl Edward Larson,

20 attorney for defendant Jose Maria Gomez Ortega, and Samuel Wong,

21 Assistant United States Attorney, attorney for the plaintiff, that the

22 Status Conference in this matter, currently scheduled for July 5, 2007,

23 be continued until Thursday, August 30, 2007 at 9:00 a.m.

24     The primary language of each defendant in this matter is Spanish

25 such that communications between all defense counsel and their

26 respective clients, including all discovery, must take place through an

27 interpreter.

28 ///

1  Defense counsel have received discovery but need additional time to
2  review and discuss the discovery produced by plaintiff with their
3  respective clients, and also to conduct necessary research, interview
4  potential witnesses, and conduct on-going defense investigation.  The
5  parties are also discussing a possible resolution of the case and
6  additional time is needed for each defense counsel to properly advise
7  his/her client on the ramifications of the proposed pretrial resolution
8  in this case.  Further, counsel for defendant Ortega is experiencing
9  medical problems and another defense attorney needs to be substituted
10 in for defense counsel Larsen.
11      It is further stipulated that the period from July 5, 2007,
12 through and including August 30, 2007, should be excluded from
13 computation of time within which the trial of this case must be
14 commenced under the Speedy Trial Act pursuant to 18 U.S.C.
15 §3161(h)(8)(B)(iv) and Local Code T4 based upon defense preparation.

                                        Respectfully submitted,

Dated: July 3, 2007

                                        DANIEL J. BRODERICK
                                        Federal Defender

                                        /s/ Mary M. French
                                        _____
                                        MARY M. FRENCH
                                        Supervising Assistant
                                        Federal Defender
                                        Attorney for Defendant
                                        JESUS DIAZ OLIVERA

                                        /s/ Mary M. French for
                                        _____
                                        MICHAEL BIGELOW
                                        Attorney for Defendant
                                        JAVIER VILLALOBOS GARCIA

|   |   |
|---|---|
|   | /s/ Mary M. French for |
|   | _____ |
|   | CARL EDWARD LARSEN |
|   | Attorney for Defendant |
|   | JOSE MARIA GOMEZ ORTEGA |
| Dated: July 3, 2007 | MCGREGOR W. SCOTT |
|   | United States Attorney |
|   | /s/ Mary M. French for |
|   | _____ |
|   | SAMUEL WONG |
|   | Assistant U.S. Attorney |
|   | per telephonic authorization |

**ORDER**

Based on the stipulation of the parties and good cause appearing, the Court hereby finds that the failure to grant a continuance in this case would deny defendants' counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Therefore, based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: July 6, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE