```
MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, ) | |
|---|---|
| ) | No. 2:06-cr-00323-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | |
| JESUS DIAZ OLIVERA, et al., ) | Date: April 3, 2008 |
| ) | Time: 9:00 a.m. |
| ) | Court: Hon. Morrison England |
| Defendants. ) | |
| ) | |
| ) | |

Whereas, the Court previously set April 3, 2008, at 9:00 a.m., as a status conference hearing date in this case;

Whereas, defendants Jesus Diaz Olivera, Jose Maria Gomez Ortega, and Javier Villalobos Garcia each desire to submit to a debriefing by the United States to determine whether he will receive assurances from the United States that it will make a U.S.S.G. § 5K1.1 motion for a downward departure as part of a settlement resolution of the prosecution against him;

///

///

///

1

1 Whereas, the debriefing will require the participation of
2 the United States' case agent from the Tehama County Sheriff's
3 Department, a Spanish/English language interpreter, the
4 prosecutor, and defense counsel, and a substantial delay in this
5 case is necessary to work out a mutually convenient date and time
6 for the debriefing; and

7 Whereas, defense counsel for each defendant desires
8 additional time to review the proposed plea agreement with his
9 client with the assistance of a Spanish/English interpreter and
10 explain the provisions of the plea agreement to his client,

11 It is hereby stipulated by and between the United States and
12 defendants, through their respective counsel, that:

13 1. The April 3, 2008, status hearing shall be continued to
14 May 1, 2008, at 9:00 a.m.;

15 2. Time from the date of this stipulation to and including
16 May 1, 2008, shall be excluded from computation of time within
17 which the trial of this case must be commenced under the Speedy
18 Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code
19 T4) (preparation by government and defense counsel).

20 Dated: April 1, 2008          McGREGOR W. SCOTT
                                  United States Attorney
21
                                  /s/ Samuel Wong
22                         By:    _____
                                  SAMUEL WONG
23                                Assistant United States Attorney

24
                                  /s/ Steve Bauer
25 Dated: April 1, 2008           _____
                                  STEVE BAUER
26                                Attorney for defendant
                                  Jesus Diaz Olivera
27                                (per email authorization)

28

2

Dated: April 1, 2008

/s/ Gilbert Roque
_____
GILBERT ROQUE
Attorney for defendant
Jose Maria Gomez Ortega
(per email authorization)

Dated: April 1, 2008

/s/ Michael Bigelow
_____
MICHAEL BIGELOW
Attorney for defendant
Javier Villalobos Garcia
(per email authorization)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: April 4, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE