```
MCGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2772
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:06-cr-00323-MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER |
| v. ) | CONTINUING STATUS CONFERENCE |
| ) | AND EXCLUDING SPEEDY TRIAL TIME |
| JESUS DIAZ OLIVERA, et al., ) | Date: May 1, 2008 |
| ) | Time: 9:00 a.m. |
| ) | Court: Hon. Morrison England |
| Defendants. ) | |

Whereas, the Court previously set May 1, 2008, at 9:00 a.m., as a status conference hearing date in this case;

Whereas, defendants Jesus Diaz Olivera, Jose Maria Gomez Ortega, and Javier Villalobos Garcia have each submitted to a debriefing by the United States on April 24, 2008, to determine whether he will receive assurances from the United States that it will make a U.S.S.G. § 5K1.1 motion for a downward departure as part of a settlement resolution of the prosecution against him;

///

///

///

1    Whereas, each party desires additional time to allow the United States an opportunity to research and confirm the accuracy of the information provided by each defendant before the United States determines the value of the information provided in each defendant's debriefing; and

2    Whereas, defense counsel for each defendant desires additional time to review any proposed plea agreement with his client with the assistance of a Spanish/English interpreter and explain the provisions of the plea agreement to his client,

It is hereby stipulated by and between the United States and defendants, through their respective counsel, that:

1.  The May 1, 2008, status hearing shall be continued to June 5, 2008, at 9:00 a.m.;

2.  Time from the date of this stipulation to and including June 5, 2008, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code T4) (preparation by government and defense counsel).

Dated: April 29, 2008

McGREGOR W. SCOTT
United States Attorney

By: /s/ Samuel Wong
SAMUEL WONG
Assistant United States Attorney

Dated: April 29, 2008

/s/ Steve Bauer
STEVE BAUER
Attorney for defendant
Jesus Diaz Olivera
(per telephone authorization)

///
///

2

Dated: April 29, 2008

/s/ Gilbert Roque
_____
GILBERT ROQUE
Attorney for defendant
Jose Maria Gomez Ortega
(per personal authorization)

Dated: April 29, 2008

/s/ Michael Bigelow
_____
MICHAEL BIGELOW
Attorney for defendant
Javier Villalobos Garcia
(per telephone authorization)

ORDER

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny both government and defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendants in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

IT IS SO ORDERED.

Dated: May 1, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

3