**STEVEN D. BAUER**
Attorney at Law - SBN 50084
428 J Street - Suite 350
Sacramento, California 95814
Telephone: (916) 447-8262
E-mail: baueresq@sbcglobal.net

Attorney for Defendant: **JESUS OLIVERA**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JESUS OLIVERA, ET AL.,<br><br>　　　　Defendant, | No. 2:06-cr-00323-MCE<br><br>**STIPULATION AND ORDER THEREON**<br><br>(Continuing Status to 6/26/08) |

It is hereby stipulated between counsel for the government and all defendants that the status conference presently scheduled for June 5, 2008 may be continued to June 26, 2008 at 9;00 a.m. This matter was previously continued to June 5, 2008 by agreement of the parties. Counsel for defendant, Olivera, overlooked a previous commitment. The reasons stated in the most recent stipulation continue to apply and time should be excluded.

In light of the foregoing, additional time will be required in order for the defense to prepare. See 18 U.S.C. § 3161(h)(8)(A) and 3161(h)(8)(B)(iv). Local Code T-4.

Dated: May 5, 2008                                           Dated: May 5, 2008

/ s / Samuel Wong                                            / s / Steven D. Bauer

**SAMUEL WONG**                                              **STEVEN D. BAUER**
Assistant United States Attorney                             Attorney for Defendant

(Additional signatures and Order on Following Page)

| | |
|---|---|
| Dated: May 5, 2008 | Dated: May 5, 2008 |
| / s / Michael Bigelow | / s / Gilbert Roque |
| **MICHAEL BIGELOW** | **GILBERT ROQUE** |
| For Good Cause Appearing | |

**IT IS SO ORDERED.**

Dated: May 6, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE