1 | MCGREGOR W. SCOTT
United States Attorney
2 | SAMUEL WONG
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2772

5

6

7

8 | IN THE UNITED STATES DISTRICT COURT FOR THE

9 | EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,                )
                                           )   No. 2:06-cr-00323-MCE
12 |            Plaintiff,                    )
                                           )   STIPULATION AND ORDER
13 |     v.                                  )   CONTINUING STATUS CONFERENCE
                                           )   AND EXCLUDING SPEEDY TRIAL TIME
14 | JESUS DIAZ OLIVERA, et al.,             )   Date:  June 26, 2008
                                           )   Time:  9:00 a.m.
15 |            Defendants.                   )   Court: Hon. Morrison England
                                           )
16 | _____    )
                                           )
17

18 |     Whereas, the Court previously set June 26, 2008, at 9:00

19 | a.m., as a status conference hearing date in this case;

20 |     Whereas, the undersigned prosecutor needs additional time to

21 | prepare draft settlement documents in an effort to resolve the

22 | cases against defendants Jesus Diaz Olivera, Jose Maria Gomez

23 | Ortega, and Javier Villalobos Garcia;

24 |     Whereas, defense counsel for each defendant desires

25 | additional time to review any proposed plea agreement with his

26 | client with the assistance of a Spanish/English interpreter and

27 | explain the provisions of the plea agreement to his client,

28 | ///

1

1        It is hereby stipulated by and between the United States and

2    defendants, through their respective counsel, that:

3        1.   The June 26, 2008, status hearing shall be continued to

4    July 3, 2008, at 9:00 a.m.;

5        2.   Time from the date of this stipulation to and including

6    July 3, 2008, shall be excluded from computation of time within

7    which the trial of this case must be commenced under the Speedy

8    Trial Act pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) (Local Code

9    T4) (preparation by government and defense counsel).

10   Dated:   June 23, 2008          McGREGOR W. SCOTT
                                      United States Attorney
11
                                      /s/ Samuel Wong
12                          By:       _____
                                      SAMUEL WONG
13                                    Assistant United States Attorney

14
                                      /s/ Steve Bauer
15   Dated:   June 23, 2008          _____
                                      STEVE BAUER
16                                    Attorney for defendant
                                      Jesus Diaz Olivera
17                                    (per email authorization)

18
                                      /s/ Gilbert Roque
19   Dated:   June 23, 2008          _____
                                      GILBERT ROQUE
20                                    Attorney for defendant
                                      Jose Maria Gomez Ortega
21                                    (per email authorization)

22
                                      /s/ Michael Bigelow
23   Dated:   June 23, 2008          _____
                                      MICHAEL BIGELOW
24                                    Attorney for defendant
                                      Javier Villalobos Garcia
25                                    (per email authorization)

26

27

28

                                   2

1

2

ORDER

3      Based on the stipulation of the parties and good cause

4  appearing therefrom, the Court hereby finds that the failure to

5  grant a continuance in this case would deny both government and

6  defense counsel reasonable time necessary for effective

7  preparation, taking into account the exercise of due diligence.

8  The Court specifically finds that the ends of justice served by

9  the granting of such continuance outweigh the interests of the

10 public and the defendants in a speedy trial.

11      Based on these findings and pursuant to the stipulation of

12 the parties, the Court hereby adopts the stipulation of the

13 parties in its entirety as its order.

14      IT IS SO ORDERED.

15 Dated: June 30, 2008

16

17

18 _____
   MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

3