**MICHAEL B. BIGELOW**
Attorney at Law  - SBN 65211
428 J Street, Suite 350
Sacramento, California 95814
Telephone: (916) 443-0217

Attorney for Defendant
Javier Villablobos Garica

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. Cr.S-06-323 MCE |
| ) | |
| Plaintiff ) | STIPULATION AND ORDER CONTINUING |
| ) | SENTENCING |
| v. ) | |
| ) | Date:     November 6, 2008 |
| JAVIER VILLALOBOS GARCIA, ) | Time:     9:00 AM |
| ) | Court:    MCE |
| ) | |
| Defendant ) | |

    IT IS HEREBY STIPULATED AND AGREED by the parties through their respective attorneys that the above referenced matter, calendared for Thursday, September 11, 2008 at 9:00 AM for sentencing, be rescheduled for November 6, 2008 at 9:00 AM for sentencing.

    It is further agreed and stipulated that informal objections to the PSR shall be filed no later than Monday October 6, 2008; that objections be filed not later than Thursday October 16, 2008, and that the final report be filed on

-1-

or before October 30, 2008. Formal objections are due on or before Thursday, October 30, 2008.

    This stipulation and agreement is entered into for the following reasons: Due entirely to the counsel's schedule, it has been impossible to conduct the probation interview as originally scheduled. Accordingly, a rescheduling of due dates and sentencing hearing has been necessitated.

**IT IS SO STIPULATED**

```
Dated: September 8, 2007         /S/ MICHAEL B. BIGELOW
                                 Michael B. Bigelow
                                 Attorney for Defendant


Dated: September 8, 2007         /S/SAMUEL S. WONG
                                 William S. Wong, AUSA
```

**IT IS SO ORDERED.**

**Dated:** September 9, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

-2-